JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 -- In re Montgomery Ward Catalog Sales Agencies Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/01/22 | 1 | MOTION, BRIEF, SCHEDULES A & B (A-1 thru A-13), EXHIBITS A thru N, AFFIDAVIT OF KENNETH E. NEWMAN, CERT. OF SERVICE -- defts. Montgomery Ward & Co., Inc. and Mobil Corp. -- SUGGESTED TRANSFEREE DISTRICT:  E.D. PENNSYLVANIA; SUGGESTED TRANSFEREE JUDGE: ?  (cds) |
| 86/01/30 | 2 | REQUEST FOR EXTENSION OF TIME -- Plaintiff David Pitcher -- GRANTED TO ALL PARTIES TO AND INCLUDING 2/14/86 -- NOTIFIED ALL COUNSEL (TMQ) |
| 86/01/30 | 3 | REQUEST FOR EXTENSION OF TIME -- Plaintiff Duane Smith -- GRANTED TO ALL PARTIES TO AND INCLUDING 2/14/86 -- NOTIFIED ALL COUNSEL (TMQ) |
| 86/01/31 | | APPEARANCES -- Earl E. Pollock, Esquire for Montgomery Ward & co., Inc.; Kenneth E. Newman, Esq. for Mobil Corp.; Paul D. Gutierrez, Esq. for Duane Smith, et al.; Kenneth R. Lango for Gerald Bodamer.; Peter M. Burke, Esq. for Robert F. Quarnata, et al.; Leon Katzen, Esq. for Donald E. Jeffries.; M. Frank Powell for Jack Garner.; Harold E. Kohn, Esq. for Joseph A. Pena. |
| 86/02/03 | | APPEARANCES -- STEVEN B. DAVIS, ESQ. for Dale Norton, et al.; LAWRENCE M. REIFURTH, ESQ. for David Pitcher, et al.; AGNES RONA, ESQ. FOR Lester Osenga, et al. (rh) |
| 86/02/03 | | APPEARANCES -- HARRY E. RIES, ESQ. for Norbert Schwahn, et al. GARY L. SCRITSMIER, ESQ. for Sherri Fuss (rh) |
| 86/02/03 | 4 | AMENDMENT TO MOTION -- Montgomery Ward & Co., Inc. and Mobil Corp. (A-14 Frank E. Alvernaz, Sr., et al. v. Montgomery Ward & Co., Inc., et al., N.D. Cal., C.A. No. C-85-8714-SW) -- w/cert. of svc. (rh) |
| 86/02/03 | 5 | REQUEST FOR EXTENSION OF TIME -- Norbert A. Schwahn, et al. -- ALREADY GRANTED TO ALL PARTY TO 2/14/86 (rh) |
| 86/02/10 | | APPEARANCE:  STEPHEN C. BERG, ESQ. FOR Ira C. Watteyne, et al. (rh) |
| 86/02/13 | 6 | RESPONSE/BRIEF/WITH DECLARATION OF LAWRENCE M. REIFURTH -- (to pldg. #1) David Pitcher, et al. -- w/cert. of svc. (rh) |
| 86/02/13 | 7 | RESPONSE/BRIEF -- (to pldg. #1) Dale Norton, et al. -- w/cert. of svc. (rh) |

685      IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION

| | | |
|---|---|---|
| 86/02/14 | 8 | RESPONSE/BRIEF -- (to pldg. #1) Duane Smith, et al. -- w/cert. of svc. (rh) |
| 86/02/14 | 9 | RESPONSE/BRIEF -- (to pldg. #1) Sherri Fuss -- w/cert. of svc. (rh) |
| 86/02/14 | 10 | RESPONSE -- (to pldg. #1) Jack Garner, et al. -- w/cert. of svc. (rh) |
| 86/02/14 | 11 | RESPONSE -- (to pldg. #1) Gerald Bodamer, et al. -- w/cert. of svc. (rh) |
| 86/02/14 | 12 | RESPONSE -- (to pldg. #1) Harold Balsinger, et al. and Joseph A. Pena, et al. -- w/cert. of svc. (rh) |
| 86/02/14 | 13 | AFFIDAVIDT OF SALLY A. SMITH -- (to pldg. #1) (for Donald E. Jeffries, et al.)  filed by Donald E. Jeffries, et al. -- w/cert. of svc. (rh) |
| 86/02/18 | 14 | RESPONSE -- (to pldg. #1) Lester Osenga, et al. -- w/cert. of svc. (rh) |
| 86/02/19 | 15 | MEMORANDUM -- (to pldg. #1) Norbert A. Schwahn -- w/cert. of svc. (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 27, 1986 in San Francisco, CA  (rh) |
| 86/02/24 | 16 | REPLY -- (to pldg. #1) Montgomery Ward & Co., Inc. and Mobil Corp. -- w/cert. of svc. (rh) |
| 86/02/27 | 17 | RESPONSE/MEMORANDUM -- (to pldg. #1) Frank E. Alvernaz, et al. -- w/cert. of svc. (rh) |
| 86/03/26 | | APPEARANCES FOR HEARING -- San Francisco, California on March 27, 1986 -- Earl E. Pollock for Montgomery Ward & Co., Incorporated; Kenneth E. Newman for Mobil Corporation;Dianne M. Nast, Esq. for Sherri Fusso, Donald E. Jeffries, et al.,;Kenneth R. Lango for ~~plain~~ plaintiff in Michigan; Attorney Timothy Morgan for Plaintiffs Lester Osenga and Rose Osenga in Osenga v. Montgomery Ward; Lawrence M. Reigurth, Esq. for David and Carolyn Pitcher; Jesse Blattel, Esq, for Duane Smith et al.,; M. Frank Powell for ~~Jack Garner~~ plaintiffs in Oklahoma. |
| 86/03/26 | | WAIVERS FOR ORAL ARGUMENT ON 3/27/86 -- San Francisco, California Dale Norton and Linda Norton;Grayson S. Taketa, Esq. for Frank Everett Alvernaz and Anne E. Alvernaz; Ira C. Watteyne et al.,; Peter M. Burke for Robert F. Quaranta, et al. v. Montgomery Ward Co., Inc., et al., ; Norbert A. Schwahn, et al., |

JPML FORM 1A

Page 3                                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685        IN RE MONTGOMERY WARD CATALOG SALES AGENCY LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/04/14 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions to the E.D. of Pennsylvania before Judge Green.  (paa) |
| 86/04/14 | | TRANSFER ORDER -- transferring A-1 to A-11 and A-14 to the E.D. Pennsylvania before Honorable Clifford Scott Green, for pretrial proceedings - NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS. (paa) |
| 86/05/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-15 Lewis Y. Blackwell, et al. v. Montgomery Ward & Co., Inc., et al., District of Montana, C.A. No. CV-86-19-M-CCL and B-16 Montgomery Ward & Co., Inc. v. Al Weimaster, et al., District of Kansas, C.A. No. 85-2641-O -- NOTIFIED INVOLVED JUDGES AND COUNSEL.  (paa) |
| 86/05/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-17 Obe Wright, et al. v. Montgomery Ward & Co., Inc., W.D. Ark., C.A. No. 86-3003; B-18 Montgomery Ward & Co., Inc. v. Robert A. Hayes, et al., D. Kan., C.A. No. 86-2096-S and B-19 Roger Herr, et al. v. Montgomery Ward & Co., Inc., et al., D. Neb., C.A. No. CV86-L-206 -- Notified involved counsel and judges (rh) |
| 86/05/19 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-15 Blackwell v. Montgomery Ward, D. Montana, #CV-86-19-M-CCL and B-16 Montgomery Ward v. Al Weimaster, D. Kansas, #85-2641-O -- Notified involved judges and clerks  (cds) |
| 86/05/23 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-17 Obe Wright, et al. v. Montgomery Ward & Co., Inc., W.D. Ark., C.A. No. 86-3003; B-18 Montgomery Ward & Co., Inc. v. Robert A. Hayes, et al., D. Kan., C.A. No. 86-2095-S and B-19 Roger Herr, et al. v. Montgomery Ward & Co., Inc., et al., D. Neb., C.A. No. CV86-L-206 -- Notified involved judges and clerks  (cds) |

JPML FORM 1A

DOCKET ENTRIES     Page 4

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 __ IN RE MONTGOMERY WARD CATALOG SALES AGENCY LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-20 thru B-29, SEE LIST BELOW. NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |

SCHEDULE OF ACTIONS

| | | | |
|---|---|---|---|
| B-20 | Montgomery Ward Co., Inc. v. Douglas Spale, et al | D. Neb. Strom | 86-0-139 |
| B-21 | Montgomery Ward Co., Inc. v. Phil D. Kleppinger, et al. | D. Neb. Strom | 86-0-144 |
| B-22 | Johnny L. Butler, et al. v. Montgomery Ward & Co., Inc. | D. Ariz. Muecke | Civ-86-0688 PCT-CAM |
| B-23 | Furman Ray Crews, et al. v. Montgomery Ward & Co., Inc., et al. | S.D.GA. Alaimo | CV-286-018 AAA |
| B-24 | Edward Dwyer, et al. v. Montgomery Ward & Co. | D.Conn. Dorsey | H-86-362 (PCD) |
| B-25 | Jerry T. Ellis, et al. v. Montgomery Ward & Co., Inc. | W.D.MO. Stevens | 85-1581-CV W-8 |
| B-26 | Don L. Mangels, et al. v. Montgomery Ward & Co., Inc. | D.Kan. Theis | 86-1218 |
| B-27 | Dean Taylor, et al. v. Montgomery Ward & Co., Inc. | D.Ore. | 86-6151-E |
| B-28 | Duane L. Willrett, et al. v. Montgomery Ward & Co., Inc. | N.D.IA. O'Brien | C-86-4057 |
| B-29 | M.J. Behrens, et al. v. Montgomery Ward & Co., Inc., et al. | E.D.AR. Eisele | LR-C-86-251 |

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/07/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-20 THRU B-29, SEE LIST BELOW. NOTIFIED CLERKS & JUDGES. (paa) |

SCHEDULE OF ACTIONS

| | | | |
|---|---|---|---|
| B-20 | Montgomery Ward Co., Inc. v. Douglas Spale, et al | D. Neb. Strom | 86-0-139 |
| B-21 | Montgomery Ward Co., Inc. v. Phil D. Kleppinger, et al. | D. Neb. Strom | 86-0-144 |
| B-22 | Johnny L. Butler, et al. v. Montgomery Ward & Co., Inc. | D. Ariz. Muecke | Civ-86-0688 PCT-CAM |
| B-23 | Furman Ray Crews, et al. v. Montgomery Ward & Co., Inc., et al. | S.D.GA. Alaimo | CV-286-018 AAA |
| B-24 | Edward Dwyer, et al. v. Montgomery Ward & Co. | D.Conn. Dorsey | H-86-362 (PCD) |
| B-25 | Jerry T. Ellis, et al. v. Montgomery Ward & Co., Inc. | W.D.MO. Stevens | 85-1581-CV W-8 |
| B-26 | Don L. Mangels, et al. v. Montgomery Ward & Co., Inc. | D.Kan. Theis | 86-1218 |
| B-27 | Dean Taylor, et al. v. Montgomery Ward & Co., Inc. | D.Ore. | 86-6151-E |
| B-28 | Duane L. Willrett, et al. v. Montgomery Ward & Co., Inc. | N.D.IA. O'Brien | C-86-4057 |
| B-29 | M.J. Behrens, et al. v. Montgomery Ward & Co., Inc., et al. | E.D.AR. Eisele | LR-C-86-251 |

JPML FORM 1A

$Q.5$

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 -- In re Montgomery Ward Catalog Sales Agency Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/07/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-30 Ronald McGrath, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Missouri, C.A. No. 86-1185-C(3), C-31 Curtis Creach, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Missouri, C.A. No. 86-1276-C(5), C-32 Charles D. Chapin, et al. v. Montgomery Ward & Co., Inc., N.D. New York, C.A No. 86-CV-614, C-33 Bobby M. Bennett, Sr., et al. Montgomery Ward & Co., Inc., et al., W.D. Oklahoma, C.A. No. CIV-86-1199-R -- Notified involved counsel and judges (rh) |
| 86/07/25 | 18 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Plaintiffs -- C-31 Curtis and Mary Creach v. Montgomery Ward & Company, INc., et al., E.D. MO., C.A. No. 86-1276-C-(5) (paa) |
| 86/07/25 | 19 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Plaintiffs -- C-32 Ronald and Mary McGrath v. Mongomery Ward & Company, Inc., et al., E.D. Mo., C.A. No. 86-1185-C-(3) (paa) |
| 86/07/25 | 20 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Plaintiffs -- C-33 Bobby M. Bennett, Sr., et al. v. Montgomery Ward & Co., Inc., W.D. Oklahoma, C.A. No. CIV-86-1199-R.  (paa) |
| 86/07/28 | | ORDER VACATING CONDITIONAL TRANSFER ORDER FILED TODAY B-28 -- Duane L. Willrett, et al. v. Montgomery Ward & Co., Inc., N.D. Iowa, C.A. No. C86-4057 -- Notified involved counsel, judges and clerk. (tmq) |
| 86/07/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-32 Charles D. Chapin, et al. v. Montgomery Ward & Co., Inc., N.D. New York, C.A. No. 86-CV-614 -- NOTIFIED CLERKS & JUDGES.  (paa) |
| 86/07/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-34 Montgomery Ward & Co., Inc. v. Kenneth Hurst, et al., D. Colorado, C.A. No. 86-M-960 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

ß.6

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 _____ IN RE MONTGOMERY WARD CATALOG SALES AGENCY LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/07/31 | 21 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS-- (to pldgs. #18 & 19) pltfs. Curtis Creach, et al. and Ronald McGrath, et al. -- w/cert. of svc. (rh) |
| 86/08/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-35) Rick Grigsby, et al. v. Montgomery Ward & Co., Inc., W.D. Missouri, C.A. No. 86-3429-CV-S-4 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 86/08/11 | 22 | MOTION TO VACATE CONDTIONAL TRANSFER ORDER (C-33) Bobby M. Bennett, Sr., et al. v. Montgomery Ward & Co., Inc., et al., W.D. Oklahoma, #CIV-86-1199-R -- pltf. Bennett -- w/attachment and cert. of service (cds) |
| 86/08/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-34 -- Montgomery Ward & Co., Inc., v. Kenneth Hurst, et al., D. Colorado, C.A. No. 86-M-960 -- Notified involved clerks and judges. (tmq) |
| 86/08/14 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-33 Bobby M. Bennett, Sr., et al. v. Montgomery Ward & Co., Inc., et al., W.D. Oklahoma, C.A. No. CIV-86-1199-R -- Notified involved counsel, judges and clerk (rh) |
| 86/08/15 | | HEARING ORDER -- Setting Opposition of C-30 & C-31 for transfer, McGrath, et al. v. Montgomery Ward & Co., Inc., et al., E. Mo., C.A. No. 86-1185-C-(3), Creach, et al. v. Montgomery Ward & Co., Inc., et al., E. Mo., C.A. No. 86-1276-C-(5) -- On September 25, 1986 in Pittsburgh, Pa., (paa) |
| 86/08/18 | 23 | RESPONSE -- Mobile, Montgomery Wards defts. Brennan, Durchslag, Edgly & Copple to pldg. #21 w/affidavit & cert of svc. (tmq) |
| 86/08/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-35 -- Rick Grigsby, et al. v. Montgomery Ward & Co., Inc., W.D. Missouri, C.A. No. 86-3429-CV-S-4 -- Notified involved judges and clerks. (tmq) |
| 86/08/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-36 Montgomery Ward & Co., Inc. v. Larry Carrigan, et al., W.D. MO., C.A. No. MO-86-CA-90 -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |

JPML FORM 1A

P-7

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 — IN RE MONTGOMERY WARD CATALOG SALES AGENCY LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/09/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-36 Montgomery Ward & Co., Inc. v. Larry Carrigan, et al., W.D. Texas, C.A. No. MO-86-CA-90 -- Notified involved judges and clerks (tmq) |
| 86/09/16 | 24 | ORDER SIGNED BY MAGISTRATE MCNULTY -- Regarding Donald E. Schwartz v. Montgomery Ward, Co., Inc., Action not transferred at this time and pending in the D. Minnesota, C.A. No. 5-86-171.  Order instructs counsel to lodge a copy with JPML.  Order filed, w/cert. of svc. (rew) |
| 86/09/19 | | CONDITIONAL TRANSFER FILED TODAY -- C-37 Donald E. Schwartz v. Montgomery Ward & Co., Inc., D. Minnesota, C.A. No. 5-86-171 -- NOTIFIED INVOLVED COUNSEL AND JUDGES.  (paa) |
| 86/09/25 | | ALL PARTIES WAIVED ORAL ARGUMENT  (cds) |
| 86/09/30 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-38 Edward Doiron, et al. v. Montgomery Ward & Co., Inc., D. Maine, C.A. No. 86-0287-P and C-39 Jack G. Martinsen, et al. v. Montgomery Ward & Co., Inc., W.D. Wisconsin, C.A. No. 86-C-644-S -- Notified involved counsel and judges (rh) |
| 86/10/06 | 25 | ORDER FROM EASTERN DISTRICT OF MISSOURI -- remanding C-31 Creach, et al. to state court -- dated Sept. 9, 1986 and signed by Judge Limbaugh  (cds) |
| 86/10/06 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-31) Curtis Creach, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Missouri, C.A. No. 86-1276-C(5) -- Notified involved judges, clerks and counsel  (cds) |
| 86/10/06 | | TRANSFER ORDER -- transferring C-30 Ronald McGrath, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Missouri, C.A. No. 86-1185-C(3) -- Notified involved judges, clerks and counsel (cds) |
| 86/10/06 | 26 | NOTICE OF OPPOSITION -- pltf. Schwartz -- C-37 Donald E. Schwartz v. Montgomery Ward Co., Inc. D. Minnesota, C.A. No. 5-86-171. (tmq) |
| 86/10/08 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-40 Ivan L. Adams, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Wisconsin, C.A. No. 86-C-536-C and C-41 Tom Young, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Arkansas, C.A. No. J-C-86-177 -- NOTIFIED INVOLVED JUDGES AND COUNSEL.  (paa) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 -- IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/10/10 | 27 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER C-38 -- Edward Doiron, et al., v. Montgomery Ward & Co., Inc. D. Maine, C.A. No. 86-0287-P(tmq) |
| 86/10/14 | 28 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (C-39) Jack G. Martinsen, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Wisconsin, C.A. No. 86-C-644-S -- filed by plaintiffs Jack G. Martinsen, et al. (cds) |
| 86/10/17 | | HEARING ORDER -- Setting opposition to transfer of C-37 (Schwartz) for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |
| 86/10/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-42 Montgomery Ward Co., Inc. v. James Vandament, et al., D. Nebraska, C.A. No. 86-0-618 and C-43 Robert E. Smith, et al. v. Montgomery Ward & Co., Inc., D. Nebraska, C.A. No. 86-L-475 -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |
| 86/10/24 | 29 | MOTION,BRIEF -- To Vacate Conditional Transfer Order C-37 for Schwartz -- w/cert. of svc. (tmq) |
| 86/10/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-40 Ivan L. Adams, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Wisconsin, C.A. No. 86-C-536-C; C-41 Tom Young, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Arkansas, C.A. No. J-C-86-177 -- Notified involved clerks and judges. (tmq) |
| 86/10/28 | 30 | LETTER WITHDRAWING OPPOSITION TO CONDITIONAL TRANSFER ORDER (C-38) -- pltf. Edward Doiron, et al. (cds) |
| 86/10/28 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-38 Edward Doiron, et al. v. Montgomery Ward & Co., Inc., D. Maine, C.A. No. 86-0287-P -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 86/11/04 | | ORDER LIFTING STAY OF CONDITIONAL TRRANSFER ORDER -- C-39 Jack G. Martinsen, et al. v. Montgomery Ward & Co., Inc., W.D. Wisconsin, C.A. No. 86-C-644-S -- Notified involved counsel, judges and clerks (rh) |
| 86/11/04 | 31 | RESPONSE (to pldg. #29) -- deft. Montgomery Ward & Co., Inc. -- w/cert. of service (cds) |

JFML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  685 --  In re Montgomery Ward Catalog Sales Agencies Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/11/06 | | CONDITONAL TRANSFER ORDERS FINAL TODAY -- C-42 Montgomery Ward Co., Inc. v. James Vandament, et al., D. Nebraska, C.A. No. 86-0-618 and C-43 Robert E. Smith, et al. v. Montgomery Ward & Co., Inc., D. Nebraska, C.A. No. 86-L-475 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL  (cds) |
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- Gail Murray, Esq., for Donald E. Schwartz.  (paa) |
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986 in Louisville Kentucky -- Earl E. Pollock, Esq., for Montgomery Ward & Co., Inc.; Kenneth E. Newman, Esq., for Mobil Corporation; Joseph C. Kohn, Esq., for Harold Balsinger & Joseph A. Pena; Gary L. Scritsmier, Esq., for Sherri Fuss, Phil Kleppinger, Doug Spale, Roger Herr & James Vandament.  (paa) |
| 86/12/03 | | TRANSFER ORDER -- Transferring C-37 Donald E. Schwartz v. Montgomery Ward & Co., Inc., D. Minnesota, C.A. No. 5-86-171 to the E.D. Pennsylvania for pretrial proceedings pursuant to 28 U.S.C. §1407.  NOTIFIED INVOLVED CLERKS, JUDGES AND COUNSEL.  (paa) |
| 87/03/17 | | APPEARANCE:  SAUL MORGENSTERN, ESQ. for Mobil Corp.  (cds) |
| 87/03/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-44 Salvatore Pasquarelli v. Montgomery Ward, D. New Jersey, C.A. No. 86-5086 (REC) -- Notified involved counsel and judges (rh) |
| 87/04/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-44 Salvatore Pasquarelli v. Montgomery Ward, D. New Jersey, C.A. No. 86-5086 (REC) -- Notified involved judges and clerks (rh) |
| 87/05/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-46 Neal Lanman v. Montgomery Ward & Co., Inc., N.D. Texas, C.A. No. CA3-87-0512-D -- Notified involved counsel and judges. (tmq) |
| 87/06/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-46 Neal Lanman v. Montgomery Ward & Co., Inc., N.D. Texas, C.A. No. CA3-87-0512-D -- Notified involved clerks and judges (tmq) |

JPML FORM 1A

### DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _685_ -- __IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/06/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-47 Richard Andrews, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Missouri, C.A. No. 87-0523-CV-W-9, D-48 Gene Donnell, et al. v. Montgomery Ward & Co., Inc., et al., S.D. Texas, C.A. No. V-87-24 -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |
| 87/07/02 | 27A | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltfs. in D-47 Richard Andrews, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Missouri, C.A. No. 87-0523-CV-W-9 -- Notified involved judges and counsel (cds) |
| 87/07/07 | 28A | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltfs. in (D-48) Gene Donnell, et al. v. Montgomery Ward & Co., Inc., et al., S.D. Texas, C.A. No. V-87-24 -- Notified involved counsel and judges  (cds) |
| 87/07/14 | 29A | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltf in (D-48) Gene Donnell, et al. v. Montgomery Ward & Co., Inc., et al., S.D. Texas, C.A. No. V-87-24 -- w/Exhibits A and B, and cert. of service  (cds) |
| 87/07/16 | 30A | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltfs. in D-47 Richard Andrews, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Missouri, C.A. No. 87-0523-CV-W-9 -- w/Attachments and cert. of service  (cds) |
| 87/07/24 | 31A | RESPONSE (to pldg. #30) -- defts. Montgomery Word & Co., Inc. and Mobil Corp. -- w/cert. of service (cds) |
| 87/07/30 | | HEARING ORDER -- Setting oppositions of plaintiffs Donnell and Andrews (D-48) Gene Donnell, et al. v. Montgomery Ward & Co., Inc., et al., S.D. Texas, C.A. No. V-87-24; and (D-47) Richard Andrews, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Missouri, C.A. No. 87-0523-CV-W-9 for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges.  rew |
| 87/08/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-49 Wendell D. Postell, et al. v. Montgomery Ward & Co., Inc., et al., N.D. Ga., #C87-084G -- Notified involved judges and counsel  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 -- In re Montgomery Ward Catalog Sales Agencies Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/08/20 | 32 | SUPPLEMENTAL TO PLDG. #29 -- Gene Donnell, et al. -- w/cert. of svc. (rh) |
| 87/08/31 |    | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-49 Wendell D. Postell, et al. v. Montgomery Ward & Co., Inc., et al., N.D. Georgia, C.A. No. C87-084G -- Notified involved judges and clerks (rh) |
| 87/09/01 | 33 | NOTICE OF OPPOSITION -- Pltf. Wendell D. Postell, et al., Notified involved counsel and judges -- (see entry dated 8/31/87) **CTO STOPPED in transferee court.** (paa) |
| 87/09/03 |    | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-40 John Gravell, et al. v. Montgomery Ward & Co., et al., S.D. Texas, C.A. No. C-87-141 -- Notified involved counsel and judges. (tmq) |
| 87/09/15 | 34 | LETTER -- Filed by pltf. Richard Andrews, et al. -- with ORDER (from W.D. Missouri -- Granting motion to remand action to state court) -- w/cert. of svc. (rh) |
| 87/09/15 | 35 | SUPPLEMENTAL TO PLDG. #30 -- Filed by pltf. Richard Andrews, et al. -- w/cert. of svc. (rh) |
| 87/09/15 |    | ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING HEARING -- D-47 Richard Andrews, et al. v. Montgomery Ward & Co., Inc., et al., W.D. Mo., #87-0523-CV-W-9 -- Notified involved judges, clerks and counsel (cds) |
| 87/09/15 | 36 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- D-49 Wendell D. Postell, et al. v. Montgomery Ward & Co. Inc., et al., N.D. Georgia, C.A. No. C87-084G -- W/cert. of Svc. -- (paa) |
| 87/09/16 |    | HEARING APPEARANCES:  ROBERT P. HOUSTON, ESQ. for Gene Donnell;  EARL POLLOCK, ESQ. for Montgomery Ward & Co.;  SAUL MORGENSTERN, ESQ. for Mobil Corp.  (cds) |
| 87/09/16 |    | WAIVERS OF ORAL ARGUMENT:  Sherri Fuss, et al.;  Johnny L. Butler, et al.;  Richard Andrews, et al. (Andrews action vacated)  (cds) |
| 87/09/17 | 37 | NOTICE OF OPPOSITION -- Pltf. D-50 John Gravell, et al. v. Montgomery Ward & Co., et al., S.D. Texas, C.A. No. C-87-141 -- Notified involved judges and counsel.  (paa) |

JPML FORM 1A

R 11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/09/28 | | TRANSFER ORDER -- D-48 Gene Donnell, et al. v. Montgomery Ward & Co., Inc., et al., S.D. Texas, C.A. No. V-87-24 -- (Action transferred to E.D. Pennsylvania) -- Notified involved judges, clerks and counsel (rh) |
| 87/09/30 | 38 | RESPONSE (to pldg. #36) -- Defendants Montgomery Ward & Co., Inc., and Mobil Corporation -- W/cert. of svc.  (paa) |
| 87/10/13 | | HEARING ORDER -- setting opposiitons of plaintiffs D-49 Postell, D-50 Gravell for Panel hearing in Dallas, Texas on November 18, 1987  (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to  reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/16 | 39 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in D-50 John Gravell, et al. v. Montgomery Ward & Co., Inc., et al., S.D. Texas, C.A. No. C-87-141 -- w/cert. of svc. and exhibits (rh) |
| 87/10/26 | 40 | RESPONSE (to pldg. #39) -- Mobil Corporation and Montgomery Ward & Co., Inc. -- w/Exhibit A and Cert. of Svc. (tmq) |
| 87/11/17 | | HEARING APPEARANCES:  (For Hearing on 11/18/87 in Dallas, Texas) -- DAVID E. RALSTON, ESQ. for Wendell D. Postell, et al., M. FRANK POWELL, ESQ. for John Gravell, et al. and SAUL P. MORGENSTERN, ESQ. for Mobil Corp. (rh) |
| 87/11/17 | | WAIVERS OF ORAL ARGUMENT:  (For Hearing on 11/18/87 in Dallas, Texas) -- Sherri Fuss, Phil Kleppinger, et al., Doug Spale, et al. and Roger Herr, et al. (rh) |
| 87/11/30 | | ORDER -- D-49 Wendell D. Postell, et al. v. Montgomery Ward & Co., Inc., et al., N.D. Georgia, C.A. No. C87-084G (Action TRANSFERRED to E.D. Pennsylvania) and D-50 John Gravell, et al. v. Montgomery Ward & Co., et al., S.D. Texas, C.A. No. C87-141 (Action VACATED) -- Notified invovled judges, clerks and counsel) (rh) |
| 87/12/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-51 Kenneth Page, et al. v. Montgomery Ward & Co., Inc., et al., N.D. Cal., Adversary No. 4-87-0332AW, Bankruptcy No. 4-87-01461W -- Notified involveds judges and clerks  (cds) |

JPML FORM 1A                                                                    p. 12

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 685 -- In re Montgomery Ward Catalog Sales Agencies Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/12/29 | 41 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltf. in D-51 Kenneth Page, et al. v. Montgomery Ward & Co., Inc., et al., N.D. California, Adversary N. 4-87-0332AW, Bankruptcy No. 4-87-01461W -- Notified invovled counsel (rh) |
| 88/01/13 | 42 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (D-51 Kenneth Page, et al. v. Montgomery Ward & Co., Inc., et al., N.D. California, Adversary No. 4-87-0332AW, Bankruptcy No. 4-87-01461W -- Pltfs. Page, et al. -- W/Attachments and cert. of service. (paa) |
| 88/02/10 | | HEARING ORDER -- Setting opposition of pltf. **Page, et al.** in D-51 for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/03/25 | | ALL PARTIES WAIVED ORAL ARGUMENT (for Hearing 3/25/88 in San Francisco, California) (paa) |
| 88/04/14 | | TRANSFER ORDER -- Transferring D-51 Kenneth Page, et al. v. Montgomery Ward & Co., Inc., et al., N.D. California, Adv. No. 4-87-0332AW, Bky. No. 4-87-01461W to E.D. Pennsylvania -- Notified involved judges, clerks and counsel (rh) |
| 89/01/30 | 43 | MOTION/BRIEF TO REMAND -- Filed by pltf. in A-2 David K. **Pitcher**, et al. v. Montgomery Ward & Co., Inc., E.D. Pennsylvania, C.A. No. 86-2393 (N.D. Cal., C.A. No. C-85-6615-SAW) -- w/Declaration of Lawrence M. Reifurth and cert. of svc. (rh) |
| 89/01/30 | 44 | MOTION/BRIEF TO REMAND -- Filed by pltf. in D-51 Kenneth **Page**, et al. v. Montgomary Ward & Co., Inc., et al., E.D. Pennsylvania, C.A. No. 88-4482 (N.D. Cal., Adv. No. 4-87-033AW, Bkcy. No 4-87-01461W) -- w/Declaration of Lawrence M. Reifurth and cert. of svc. (rh) |

JPML FORM 1A

8.13

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/02/15 | | HEARING ORDER -- Setting motion to remand of A-2 and D-51 for Panel Hearing in Statesville, North Carolina on March 23, 1989 (rh) |
| 89/02/27 | 45 | RESPONSE (to pldg. #44) -- deft. Montgomery Ward & Co., Inc. -- w/cert. of service (cds) |
| 89/02/27 | 46 | RESPONSE (to pldg. #43) -- deft. Montgomery Ward & Co., Inc. -- w/cert. of service (cds) |
| 89/03/15 | 47 | SUGGESTION OF REMAND -- re A-6 Sherri Fuss and B-19 Roger Herr, et al. -- signed by Judge Clifford Scott Green (cds) |
| 89/03/15 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-6 Sherri Fuss v. Montgomery Ward & Co., Inc., E.D. Pennsylvania, C.A. No. 86-2392 (D. Nebraska, #CV-85-O-1070) and B-19 Roger Herr, et al. v. Montgomery Ward & Co., Inc., E.D. Pennsylvania, C.A. No. 86-3364 (D. Nebraska, #CV-86-L-206) -- Notified involved judge and counsel (cds) |
| 89/03/22 | | WAIVERS OF ORAL ARGUMENT:  (for hearing on March 23, 1989 in Statesville, North Carolina) -- ALL WAIVE ORAL ARGUMENT (rh) |
| 89/03/31 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-6 Sherri Fuss v. Montgomery Ward & Co., Inc., E.D. Pennsylvania, C.A. No. 86-2392 (D. Nebraska, #CV-85-O-1070) and B-19 Roger Herr, et al. v. Montgomery Ward & Co., Inc., E.D. Pennsylvania, C.A. No. 86-3364 (D. Nebraska, #CV-86-L-206) -- Notified involved judge and clerks (cds) |
| 89/04/06 | | ORDER DENYING REMAND -- A-2 David K. Pitcher, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Pa., C.A. No. 86-2393 (N.D. Cal., C.A. No. C85-6615-SAW) and D-51 Kenneth Page, et al. v. Montgomery Ward & Co., Inc., et al., E.D. Pa., C.A. No. 88-4482 (N.D. Cal., Adv. No. 4-87-0332AW, Bky. No. 4-87-01461W) -- Notified involved clerk, judge and counsel (cds) |
| 89/05/19 | 48 | SUGGESTION FOR REMAND (re: A-2 David K. Pitcher, et al. and A-10 Norbert A. Schwahn, et al.) -- signed by Judge Green (cds) |
| 89/05/19 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-2 David K. Pitcher, et al. v. Montgomery Ward & Co., Inc., E.D. Pa., #86-2393 (N.D. Cal., #C-85-6615-SAW) and A-10 Norbert A. Schwahn, et al. v. Montgomery Ward & Co., Inc., E.D. Pa., #86-2437 (E.D. Wash., #C-85-896-AAM) -- Notified involved judge and counsel (cds) |

P·14

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **685** --

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/06 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-2 David K. Pitcher, et al. v. Montgomery Ward & Co., Inc., E.D. Pa., C.A. No. 86-2393 (N.D. Cal., C.A. No. C-85-6615-SAW); A-10 Norbert A. Schwahn, et al. v. Montgomery Ward & Co., Inc., E.D. Pa., C.A. No. 86-2437 (E.D. Wash., C.A. No.C-85-896-AAM) -- Notified involved judges and clerks (ds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 685 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Montgomery Ward Catalog Sales Agencies Litigation

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/27/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/14/86 | TO | unpublished | E.D. Penna. | Clifford Scott Green | |

### Special Transferee Information

2-6-91

DATE CLOSED: 2-18-88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 685 -- In re Montgomery Ward Catalog Sales Agencies Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dale Norton, et al. v. Montgomery Ward and Co., Inc. | Ark.,W. Waters | ~~CIV-85-283~~ 85-3299 | 8/4/86 | 86-2343 | 2-18-88 D | |
| A-2 | David K. Pitcher, et al. v. Montgomery Ward & Co., Inc. | Cal.,N. Weigel | C-85-6615-SAW | 4/14/86 | 86-2393 | 6/6/89 R | |
| A-3 | Duane Smith, et al. v. Montgomery Ward & Co., Inc., et al. | Cal.,N. Patel | C-85-7038-MHP | 4/14/86 | 86-2450 | 2-18-88 D | |
| A-4 | Gerald Bodamer, et al. v. Montgomery Ward & Co., Inc., et al. | Mich.,E. Gilmore | 85-CV-74243-DT | 4/14/86 | 86-2621 | 2-18-88 D | |
| A-5 | Ira C. Watteyne, et al. v. Montgomery Ward & Co., Inc. | Mont. Lovell | CV-85-253-M | 4/14/86 | 86-2449 | 2-18-88 D | |
| A-6 | Sherri Fuss v. Montgomery Ward & Co., Inc., et al. | Neb. | CV-85-0-1070 | 4/14/86 | 86-2392 | ~~2-18-88 D~~ 3/31/89 R | |
| A-7 | Robert F. Quaranta, et al. v. Montgomery Ward & Co., Inc., et al. | N.J. Ackerman | 85-5276-HA | 4/14/86 | 86-2362 | 2-18-88 D | |
| A-8 | Donald E. Jeffries, et al. v. Montgomery Ward & Co., Inc., et al. | N.Y.,W. Elfvin | CIV-85-1387-E | 4/14/86 | 86-2345 | 2-18-88 D | |
| A-9 | Jack Garner, et al. v. Montgomery Ward & Co., Inc., et al. | Okla.,W. Brett | CIV-85-2365-BT | 4/14/86 | 86-2448 | 2-18-88 D | |
| A-10 | Norbert A. Schwahn, et al. v. Montgomery Ward & Co., Inc. | Wash.,E. McDonald | C-85-896-AAM | 4/14/86 | 86-2437 | 6/6/89 R ~~2-18-88 D~~ | R |
| A-11 | Lester Osenga, et al. v. Montgomery Ward & Co., Inc. | Wis.,E. Evans | 85-C-1411 | 4/14/86 | 86-2308 | 2-18-88 D | |
| A-12 | Harold Balsinger, et al. v. Montgomery Ward & Co., Inc., et al. | Pa.,E. Green | 85-5094 | XV2 | | 2-18-88 D | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 2

DOCKET NO. 685 -- In re Montgomery Ward Catalog Sales Agencies Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Joseph A. Pena, et al. v. Montgomery Ward & Co., Inc., et al. | Pa.,E. Green | 85-5951 | NTN | | 2-18-88 D | |
| A-14 | Frank E. Alvernaz, Sr. et al. v. Montgomery Ward & Co., Inc., et al. | Cal.,N. Williams | C-85-8714-SW | 4/14/86 | 86-2376 | 2-18-88 D | |
| B-15 | Lewis Y. Blackwell et al. v. Montgomery Ward & Co., Inc., et al. 5/1/86 | Mont. Lovell | CV-86-19-M-CCL | 5/19/86 | 86-3363 | 2-18-88 D | |
| B-16 | Montgomery Ward & Co., Inc. v. Al Weimaster, et al. 5/1/86 | D. Kan. O'Connor | 85-2641-O | 5/19/86 | 86-3217 | 2-18-88 D | |
| B-17 | Obe Wright, et al. v. Montgomery Ward & Co., Inc. 5-7-86 | W.D.Ark Harris | 86-3003 | 5/23/86 | 86-3333 | 2-18-88 D | |
| B-18 | Montgomery Ward & Co., Inc. v. Robert A. Hayes, et al. 5-7-86 | D.Kan. Saffels | 86-2096-S | 5/23/86 | 86-3540 | 2-18-88 D | |
| B-19 | Roger Herr, et al. v. Montgomery Ward & Co., Inc., et al. 5-7-86 July 1986 ·17 TR/2 X V2/1 D Pag | D.Neb. Urbom | CV86-L-206 | 5/23/86 | 86-3364 | 2-18-88 D 3/31/89 R | |
| B-20 | Montgomery Ward Co., Inc. v. Douglas Spale, et al. 6/16/86 | D.Neb. Strom | 86-0-139 | 7/2/86 6/16/86 | 86-4311 | 2-18-88 D | |
| B-21 | Montgomery Ward Co., Inc. v. Phil D. Kleppinger, et al. 6/16/86 | D. Neb. Strom | 86-0-144 | 7/2/86 6/16/86 | 86-4269 | 2-18-88 D | |
| B-22 | Johnny L. Butler, et al. v. Montgomery Ward & Co., Inc. 6/16/86 | D.Ariz. Muecke | Civ-86-0688 PCT-CAM | 7/2/86 6/16/86 | 86-4247 | 2-18-88 D | |
| B-23 | Furman Ray Crews, et al. v. Montgomery Ward & Co., et al. 6/16/86 | S.D.GA. Alaimo | CV-286-018 AAA | 7/2/86 6/16/86 | 86-4225 | 2-18-88 D | |
| B-24 | Edward Dwyer, et al. v. Montgomery Ward & Co. 6/16/86 | D.Conn. Dorsey | H-86-362 (PCD) | 7/2/86 6/16/86 | 86-4313 | 2-18-88 D | |

DOCKET NO. 685 -- IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-25 | Jerry T. Ellis, et al. v. Montgomery Ward & Co., Inc. 6/16/86 | W.D.MO. Stevens | 85-1581-CV W-8 | 6/16/86 7/2/86 | 86-4510 | 2-2-87 D | |
| B-26 | Don L. Mangels, et al. v. Montgomery Ward & Co., Inc. 6/16/86 | D.Kan. Theis | 86-1218 | 6/16/86 7/2/86 | 86-4520 | 2-18-88 D | |
| B-27 | Dean Taylor, et al. v. Montgomery Ward & Co., Inc. 6/16/86 | D.Ore. | 86-6151-E | 6/16/86 7/2/86 | 86-4521 | 2-18-88 D | |
| B-28 | Duane L. Willrett, et al. v. Montgomery Ward & Co., Inc. 6/16/86 So US COURT | N.D.IA O'Brien | C-86-4057 | 6/16/86 7/2/86 | VACATED | 7/28/86 | |
| B-29 | M.J. Behrens, et al. v. Montgomery Ward & Co. Inc., et al. 6/16/86 | E.D.AR. Eisele | LR-C-86-251 | 6/16/86 7/2/86 | 86-4171 | 2-18-88 D | |
| C-30 | Ronald McGrath, et al. v. Montgomery Ward & Co., Inc., et al. 7-10-86 | E.D.Mo. Hungate | 86-1185-C-(3) | 10/6/86 | 86-10520 | 6/30/87 - Remanded to St Court | |
| C-31 | Curtis Creach, et al. v. Montgomery Ward & Co., Inc., et al. 7-10-86 | E.D.Mo. Limbaugh | 86-1276-C(5) | Vacated 10/6/86 | | | |
| C-32 | Charles D. Chapin, et al. v. Montgomery Ward & Co., Inc. 7-10-86 | N.D.N.Y. Munson | 86-CV-614 | 7/28/86 | 86-5193 | 2-18-88 D | |
| C-33 | Bobby M. Bennett, Sr., et al. v. Montgomery Ward & Co., Inc., et al. 7-10-86 | W.D.Okla. Russell | CIV-86-1199-R | | Vacated 8-11-86 | | |
| C-34 | Montgomery Ward & Co., Inc. v. Kenneth Hurst, et al. 7-28-86 | D.Colo. Matsch | 86-M-960 | 8/14/86 | 86-5067 | 2-18-88 D | |
| C-35 | Rick Grigsby, et al. v. Montgomery Ward & Co., Inc. | W.D.MO. Clark | 86-3429-CV-S-4 | 8/21/86 | 86-5252 | 2-18-88 D | |
| C-36 | Montgomery Ward & Co., Inc. v. Larry Carrigan, et al. 8/25/86 | W.D.MO. Bunton | MO-86-CA-90 | 9/10/86 | 86-5518 | 2-18-88 D | |

DOCKET NO. 685 -- IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-37 | Donald E. Schwartz v. Montgomery Ward & Co., Inc. 9/19/86 | D. Minn. Renner | 5-86-171 | 12/3/86 | 86-2355 | 2-18-88 D | |
| C-38 | Edward Doiron, et al. v. Montgomery Ward & Co., Inc. 9-30-86 opp A | D. Maine Carter | 86-0287-P | 10/28/86 | 87-3048 | 2-18-88 D | |
| C-39 | Jack G. Martinsen, et al. v. Montgomery Ward & Co., Inc. 9-30-86 | W.D.Wis. Shabaz | 86-C-644-S | 11-4-86 | 86-6593 | 3/30/87 D | |
| C-40 | Ivan L. Adams, et al. v. Montgomery Ward & Co., Inc., et al. 10/8/86 | W.D.Wis. Crabb | 86-C-536-C | | 86-6714 | 2-18-88 D | ✓ |
| C-41 | Tom Young, et al. v. Montgomery Ward & Co., Inc., et al. 10/8/86 | E.D.Ark. Howard | J-C-86-177 | | 86-6591 | 2-18-88 D | |
| C-42 | Montgomery Ward Co., Inc. v. James Vandament, et al. 10/21/86 | D.Neb. Beam | 86-0-618 | 11/6/86 | 86-6976 | 2-18-88 D | |
| C-43 | Robert E. Smith, et al. v. Montgomery Ward & Co., Inc. 10/21/86 | D.Neb. Beam | 86-L-475 | 11/6/86 | 86-6977 | 2-18-88 D | |
| C-44 | Salvatore Pasquarelli v. Montgomery Ward 3-25-95 | D.N.J. Cowen | 86-5086 (REC) | 4-16-87 | 87-2229 | 2-18-88 D | |
| XYZ-45 | Francis and Meredith Logue, et al. v. Montgomery Ward & Co., Inc., et al. | E.D.Pa. Green | 86-2808 | | | 2-18-88 D | |
| D-46 | Neal Lanman v. Montgomery Ward & Co., Inc. 5/21/87 | N.D.Tex. Fitzwater | CA3-87-0512-D | 6/16/87 | 87-3776 | 2-18-88 D | |

July 1987-22 TR / 1 XX2/2 Dis/40 Rdg

DOCKET NO. 685 -- IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-47 | Richard Andrews, et al. v. Montgomery Ward & Co., Inc., et al. *6-23-87* *Opposed 7/2/87* | Mo.,W. Bartlett | 87-0523-CV W-9 | | *Vacated* | *9/15/87* | |
| D-48 | Gene Donnell, et al. v. Montgomery Ward & Co., Inc., et al. *6-23-87* *opposed 7/7/87* | Tex.,S. Kazen | V-87-24 | *7-28-87* | *87-6480* | *2-18-88 D* | |
| D-49 | Wendell D. Postell, et al. v. Montgomery Ward & Co., Inc., et al. *OPPOSED - 9-1-87* *8/13/87* | N.D. Ga. O'Kelley | C87-084G | *11-32-87* | *87-7857* | *2-18-88 D* | *✓* |
| D-50 | John Gravell, et al. v. Montgomery Ward & Co., et al. *9/3/87* *OPPOSED - 9-17-87* | Tex.,S. Head | C-87-141 ——— | | | | *Vacated 11-32-87* |
| D-51 | Kenneth Page, et al. v. Montgomery Ward & Co., Inc., et al. *12/14/87* *opposed 12-29-87* | N.D.Cal. Wolfe | Adv. No. 4-87-0332AW Bkcy. No. 4-87-01461W | *4-11-88* | *88-4482* | *2/6/91 D* | |

*July 1988 - STR/43/1 Pending*
*July 1989 - # Reopened / # Rem / 1 Pending*
*July 1990 - Same*
*July 1991 - ... Reopened ... Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __685__ -- __IN RE MONTGOMERY WARD CATALOG SALES AGENCIES LITIGATION__

LEAD/LIAISON COUNSEL
Harold E. Kohn, Esquire
Kohn, Savatt, Marion & Graf
2400 Reading Center
1101 Market Street
Philadelphia, PA  19107

MONTGOMERY WARDS
Earl E. Pollack, Esquire
Sonnenschein, Carlin, Nath
  & Rosenthal
8000 Sears Tower
Chicago, Illinois  60606

MOBIL CORPORATION

Saul P. Morgenstern, Esq.
Dewey, Ballantine, Bushby,
  Palmer & Wood
140 Broadway
New York, NY  10005

PHIL D. KLEPINGER (DEFT. B-21)
Gary L. Scritsmier, Esquire
Kelley, Scritsmier, Moore & Byrne
221 West Second Street
Post Office Box 1669
North Platte, Nebraska  69103

SANDRA CARRIGAN (DEFTS in C-36)
M. Frank Powell, Esquiure
Powell, Popp & Ikard
707 W 10th
Austin, Texas  78701-2033

DAVID COPPLE (DEFTS. C-30 & C-31)
Michael B. McKinnis, Esquire
Bryan, Cave, McPhetters
  & McRoberts
500 North Broadway
St. Louis, Missouri  63102

KEN LAURSEN (DEFT. IN C-34)
Unable to determine counsel
  or address

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 685 ___ -- _____

CONDITIONAL REMAND ORDERS
DAVID K. PITCHER, ET AL. (A-2)
Roderick P. Martinelli, Esq.
Lawrence M. Reifurth, Esq.
Bagshaw, Martinelli, Corrigan
  & Jordan
950 Northgate Drive, #303
San Rafael, California  94903


NORBERT A. SCHWAHN, ET AL. (A-10)
Harry E. Ries, Esq.
Ries & Kenison
P.O. Drawer 610
Moses Lake, Washington  98837

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __685__ -- __In re Montgomery Ward Catalog Sales Agencies Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Montgomery Ward and Co., Inc. | A-1, A-2, A-3, A-4—A-13, B-13, (all actions), C-30, C-3?, C-40, C-41, C-42, C-43, C-44, D-46, D-47, D-48, D-49, D-50, B-31, |
| Mobil Corporation | A-3, A-4, A-6, A-7—A-8, A-9, A-12, A-13, B-13, (all); B-23—B-29, C-30, C-3?, C-39, C-40, C-41, D-47, D-48, D-49, D-50, |
| Al & Cynthia Weimaster | B-16 |
| Robert A. Hayes | B-18 |
| Mason Hayes | B-18 |
| Bernard F. Brennan | C-30, C-3? |
| Howard Duichsles | C-30, C-3? |
| Charles B. Edsell | C-30, C-31 |
| Jack Murdoch | C-30, C-31 |
| David Cobble | C-30, C-31 |
| Ed Lotton | C-33 |

p.  2

| | |
|---|---|
| Kenneth Hurst | C-34 |
| Pamela Hurst | C-34 |
| Ken Laursen | C-34 |
| Larry Carrigan | C-36 |
| Sandra Carrigan | C-36 |
| DONALD E. Schwartz | C-37 |
| C.B. KiRK | C-41; D-48 |
| ROBERT E. Smith | C-43; |
| O.W. BARTLAND | D-49; |
| PAUL TICE | D-48, D-50 |
| Richard Poremba | D-50; |